1018

[No. 72167-4-I. Division One. September 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JORDAN LEE WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-00741-2, Thomas J. Wynne, J., entered July 1, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Appelwick

[No. 72168-2-I. Division One. September 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW WILLIAM DEMPSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06296-6, LeRoy McCullough, J., entered July 11, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler and Lau, JJ.

[No. 72299-9-I. Division One. September 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. B.A.W., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 13-8-00249-8, John M. Meyer, J., entered July 31, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.

[No. 72315-4-I. Division One. September 28, 2015.]

MAHARUKH GHADIALI, *Respondent*, v. CATHERINE CINA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-18694-1, Henry Judson, J. Pro Tem., entered July 31, 2014. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Cox, J.